APRIL TERM.
. 1812.

——————

The State
v.
Auberry.

THE STATE v. AUBERRY.

An indictment under the act concerning "Groceries and Dram Shops," (Laws of Mo., Session 1840–1, p. 82,) for *keeping* a "grocery" without a license, should contain an averment that the liquors sold were "not to be drank at the place of sale." If the liquors were sold to be drank at the place of sale, the vender would be indictable for keeping a "dram shop" without license, without regard to the quantity sold, and could not be indicted for keeping a "grocery."

Appeal from the Linn Circuit Court.

*Opinion of the Court, delivered by Napton, Judge.*

The grand jury of Linn county indicted the defendant, Auberry, for transgressing the law concerning groceries and dram shops. The indictment charged, "That defendant on, &c., at, &c., did exercise and carry on the business of a grocer without a license for that purpose continuing in force, and that without such license, that the said Auberry did sell spirituous liquors in quantities not less than one quart, to wit, one gallon, &c., to divers persons, &c., against the form of the statute, &c."

On the defendant's motion, this indictment was quashed. The attorney for the State excepted to the opinion of the court on this point, and saved his exceptions by bill.

The only objection suggested to the indictment is, that the pleader should have averred that the liquor sold "was not to be drank at the place of sale." The first section of the act to regulate groceries and dram shops, (Acts of 1840–1, p. 81) provides that any person desirous of selling wine or spirituous liquors in a quantity not less than one quart, and not be drank at the place of sale, shall take out a license to keep a grocery, and any person desirous of selling wine or spirituous liquors in a less quantity than one quart, or to be drank at the place of sale, shall take out a license to keep a dram shop." It will be seen from this section, that the keeper of a grocery is authorised to sell liquors in quantities exceeding a quart, provided they are not to be drank at the place of sale, and a dram shop keeper may sell in quantities under a quart, no matter where drank, or may sell in

An indictment under the act concerning "Groceries & dram-shops," (Laws of Mo. Session 1840–1, p. 82) for keeping a "Grocery" without a license, should contain an averment that the liquors sold were "not to be drank at the place of

any quantity, provided the liquors are drank at his dram shop.

This indictment charges that the defendant sold liquors in quantities not less than a quart, but does not state whether the liquor was drank at the place of sale or not. If the liquor was drank at the place of sale, though the quantity exceeded a quart, the defendant would have been guilty of selling liquors without a dram shop license. But as the indictment charges that defendant sold without a grocery license, it should have negatived the fact, that the liquors were to be drank at the place of sale. In other words, the indictment should have pursued the words of the statute. The judgment of the court was, in my opinion, correct, and should be affirmed.

could not be indicted for keeping a "grocery."